ORIGINAL


FILED

09/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0153

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0153

_____

IN RE THE MARRIAGE OF

NIKKI FAYE WAITE,

      Petitioner and Appellant,

and

BRYCE ELLIS WAITE,

      Respondent and Appellee.

_____

FILED

SEP 06 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Nikki Faye Waite has filed a Petition for Rehearing of this Court's August 2, 2022 Order dismissing her appeal with prejudice because she has litigated her claims on appeal previously. *See Marriage of Waite*, No. DA 21-0103, 2021 MT 272N, 2021 Mont. LEXIS 835 (*Waite I*). Through counsel, Bryce Ellis Waite responds in opposition, requesting that Nikki's Petition be denied because she has not put forth any factual or legal reason, pursuant to M. R. App. P. 20(1).

Upon review, Nikki has not provided any reason or law for rehearing. We conclude that Nikki has not demonstrated any legal authority or any criteria, such as a mistake of fact or question of law, to warrant rehearing. M. R. App. P. 20(1)(a)(i)-(iii). She has not clearly shown any exceptional circumstances. M. R. App. P. 20(1)(d). Therefore,

IT IS ORDERED that Nikki's Petition for Rehearing is DENIED and DISMISSED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Nikki Faye Waite personally.

DATED this 6 day of September, 2022.

_____
Chief Justice

_____

_____

_____

_____

Justices

2